1  McGREGOR W. SCOTT
   United States Attorney
2  Brian K. Delaney
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 5:19-MJ-00012 JLT |
|---|---|
| v. | ORDER TO UNSEAL CRIMINAL COMPLAINT AND SUPPORTING DOCUMENTS |
| JOSE LUIS RIVAS, JR., | |

**UNSEALING ORDER**

Upon application of the United States of America and good cause having been shown, the Court **ORDERS** the criminal complaint, the affidavit underlying the complaint and the arrest warrant in the above-entitled proceeding be unsealed.

IT IS SO ORDERED.

Dated: **March 27, 2019**        **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

SEALING ORDER